[No. 17059–7–I.  Division One.  May 4, 1987.]

HULING BUICK, INC., *Appellant,* v. CORVI CONSTRUCTION COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 84-2-08271-2, John W. Riley, J., entered August 5, 1985. *Reversed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Patrick, J. Pro Tem., Knight, J. Pro Tem., dissenting.